No. 394. RKO RADIO PICTURES, INC. ET AL. *v.* BIGELOW ET AL. Certiorari denied. *Miles G.*

*Seeley, Edward R. Johnston, Edmund D. Adcock* and *Vincent O'Brien* for petitioners. *Thomas C. McConnell* for respondents.

